**Order entered September 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00801-CV

### BAYLOR MEDICAL CENTER AT IRVING, Appellant

### V.

### PAUL LESTER CHATMAN, II AND PAUL LESTER CHATMAN, AS NEXT FRIEND OF PAUL LESTER CHATMAN, II, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11612**

## ORDER

Before the Court is appellant's September 1, 2016 unopposed motion to abate this appeal.

We **DENY** the request for an abatement, **GRANT** an extension of time to file appellant's brief,

and **ORDER** appellant to file its brief, a motion to dismiss the appeal due to settlement, or a

motion for further extension of time no later than October 6, 2016.

/s/     CRAIG STODDART
        JUSTICE